| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**            **Kissel's Spiced Jam, Inc.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **20-3821991**

**4. Debtor's address**

   **Principal place of business**

   **1120 B Larkin Drive**
   **Wheeling, IL 60090**
   Number, Street, City, State & ZIP Code

   **Cook**
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)    **http://spicedjam.com/**

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Kissel's Spiced Jam, Inc.**   Case number (*if known*) _____
        Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ■ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No

    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor **Kissel's Spiced Jam, Inc.** _____ Case number (*if known*)_____
Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Kissel's Spiced Jam, Inc.** _____ Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 15, 2016**
MM / DD / YYYY

X **/s/ Benjamin Shelton**                                **Benjamin Shelton**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Devvrat Sinha**                                   Date **April 15, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**Devvrat Sinha**
Printed name

**Weissberg and Associates, Ltd.**
Firm name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
Number, Street, City, State & ZIP Code

Contact phone  **312-663-0004**     Email address  **ariel@weissberglaw.com**

**6314007**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Kissel's Spiced Jam, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Kissel's Spiced Jam, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Illinois Dept. of Revenue**<br>**PO Box 19032**<br>**Springfield, IL 62794-9032**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **Unknown** | **Unknown** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**District Director**<br>**P.O. Box 745**<br>**Chicago, IL 60690**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$279.06** | **$279.06** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                           **Amount of claim**

Debtor **Kissel's Spiced Jam, Inc.**  Case number (if known) _____
       Name

| | | |
|---|---|---:|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Acosta Sales and Marketing**<br>**3 Crowne Pointe Dr.**<br>**Cincinnati, OH 45241**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,053.40** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Batory Foods**<br>**P.O. Box 75162**<br>**Chicago, IL 60675**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,150.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Capitol Containers, Inc.**<br>**346 North Justine**<br>**Suite #406**<br>**Chicago, IL 60670**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,608.10** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Coloma Frozen Foods, Inc.**<br>**4145 Coloma Road**<br>**Coloma, MI 49038**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,464.68** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$270.69** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$294.81** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Coyote Logistics, Inc.**<br>**P.O. Box 742636**<br>**Atlanta, GA 30374**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,717.09** |

Debtor **Kissel's Spiced Jam, Inc.**  Case number (if known)
       Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**DHM Ingredients, Inc.**<br>**1228 American Way**<br>**Libertyville, IL 60048**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Evans National Leasing**<br>**One Grimsby Drive**<br>**Hamburg, NY 14075**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$3,162.95** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Hinckley Springs Water**<br>**2245 Hamilton Rd**<br>**Arlington Heights, IL**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$19.09** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Imperial Packaging Corp.**<br>**640 Executive Drive**<br>**Willowbrook, IL 60527**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$16,181.11** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**International Exterminators**<br>**100 Lively Boulevard**<br>**Elk Grove Village, IL 60007**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$128.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Klees Electric**<br>**171 S. Wheeling Road**<br>**Wheeling, IL 60090**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$195.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Korman Lederer**<br>**3100 Dundee Road**<br>**Suite 116**<br>**Northbrook, IL 60062**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  _<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$30,385.74** |

Debtor **Kissel's Spiced Jam, Inc.**                         Case number (if known) _____
       Name

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Monaco Mechanical**<br>**226 North Cass Avenue**<br>**Westmont, IL 60559**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,763.91** |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Nicor Gas**<br>**PO Box 5407**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$559.81** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Pasquesi Sheppard LLC**<br>**585 Bank Lane**<br>**Lake Forest, IL 60045**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$300.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Pinnacle Food Sales**<br>**3018 North U.S. Highway 301**<br>**Suite 900**<br>**Tampa, FL 33619**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,000.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Sentry Alarm**<br>**1955 Raymond Dr.**<br>**Suite 117**<br>**Northbrook, IL 60062**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$141.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Supherb Farms, Inc.**<br>**P.O. Box 45638**<br>**San Francisco, CA 94145**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$375.80** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Thompson Coburn**<br>**P.O. Box 18379M**<br>**Saint Louis, MO 63195**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,700.00** |

Debtor **Kissel's Spiced Jam, Inc.**                                  Case number (if known)
Name

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Title Electric Company**<br>**3209 Doolittle Drive**<br>**Northbrook, IL 60062**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.         $4,505.41<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Vanek Bros. Trucking**<br>**3920 S. Loomis**<br>**Chicago, IL 60609**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.         $250.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Waste Management**<br>**Commercial Billing**<br>**PO Box 42390**<br>**Phoenix, AZ 85080**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.         $278.96<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Zarza Creative**<br>**7 Parsons Road**<br>**Hubbardston, MA 01452**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.         $1,700.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 279.06 |
| **5b. Total claims from Part 2** | 5b. + $ | 93,205.55 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c.  $ | 93,484.61 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Kissel's Spiced Jam, Inc.** Case No.
Debtor(s) Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ **3,500.00**
   Prior to the filing of this statement I have received $ **3,500.00**
   Balance Due $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 15, 2016** | **/s/ Devvrat Sinha** |
| *Date* | **Devvrat Sinha 6314007** |
| | *Signature of Attorney* |
| | **Weissberg and Associates, Ltd.** |
| | **401 S. LaSalle St.** |
| | **Suite 403** |
| | **Chicago, IL 60605** |
| | **312-663-0004  Fax: 312-663-1514** |
| | **ariel@weissberglaw.com** |
| | *Name of law firm* |

.

Acosta Sales and Marketing
3 Crowne Pointe Dr.
Cincinnati, OH 45241


Batory Foods
P.O. Box 75162
Chicago, IL 60675


Capitol Containers, Inc.
346 North Justine
Suite #406
Chicago, IL 60670


Coloma Frozen Foods, Inc.
4145 Coloma Road
Coloma, MI 49038


Comcast
PO Box 3002
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197


Coyote Logistics, Inc.
P.O. Box 742636
Atlanta, GA 30374


DHM Ingredients, Inc.
1228 American Way
Libertyville, IL 60048


Evans National Leasing
One Grimsby Drive
Hamburg, NY 14075


Hinckley Springs Water
2245 Hamilton Rd
Arlington Heights, IL


Illinois Dept. of Revenue
PO Box 19032
Springfield, IL 62794-9032

Imperial Packaging Corp.
640 Executive Drive
Willowbrook, IL 60527


Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690


International Exterminators
100 Lively Boulevard
Elk Grove Village, IL 60007


Klees Electric
171 S. Wheeling Road
Wheeling, IL 60090


Korman Lederer
3100 Dundee Road
Suite 116
Northbrook, IL 60062


Monaco Mechanical
226 North Cass Avenue
Westmont, IL 60559


Monaco Mechanical (stale)
226 North Cass Avenue
Westmont, IL 60559


Nicor Gas
PO Box 5407
Carol Stream, IL 60197


Pasquesi Sheppard LLC
585 Bank Lane
Lake Forest, IL 60045


Pinnacle Food Sales
3018 North U.S. Highway 301
Suite 900
Tampa, FL 33619

```
Sentry Alarm
1955 Raymond Dr.
Suite 117
Northbrook, IL 60062


Supherb Farms, Inc.
P.O. Box 45638
San Francisco, CA 94145


Thompson Coburn
P.O. Box 18379M
Saint Louis, MO 63195


Title Electric Company
3209 Doolittle Drive
Northbrook, IL 60062


Title Electric Company (stale)
3209 Doolittle Drive
Northbrook, IL 60062


Vanek Bros. Trucking
3920 S. Loomis
Chicago, IL 60609


Waste Management
Commercial Billing
PO Box 42390
Phoenix, AZ 85080


Zarza Creative
7 Parsons Road
Hubbardston, MA 01452
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kissel's Spiced Jam, Inc.**                                            Case No.
Debtor(s)                                                          Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Kissel's Spiced Jam, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 15, 2016** | **/s/ Devvrat Sinha** |
| Date | **Devvrat Sinha 6314007** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Kissel's Spiced Jam, Inc.** |
| | **Weissberg and Associates, Ltd.** |
| | **401 S. LaSalle St.** |
| | **Suite 403** |
| | **Chicago, IL 60605** |
| | **312-663-0004 Fax:312-663-1514** |
| | **ariel@weissberglaw.com** |