**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  KISSEL'S SPICED JAM, INC.    §    Case No. 16-12927
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

　　　The undersigned trustee hereby makes this Final Report and states as follows:

　　　1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 04/15/2016. The undersigned trustee was appointed on 04/15/2016.

　　　2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

　　　3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

　　　4. The trustee realized the gross receipts of　　　$　　　55,773.92

　　　　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4,782.96 |
| Bank service fees | 429.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $    50,561.60 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 08/19/2016 and the deadline for filing governmental claims was 10/12/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,027.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $0.00 as interim compensation and now requests the sum of $6,027.77, for a total compensation of $6,027.77[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $19.40 for total expenses of $19.40[2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2016

By: /s/ Richard M. Fogel
     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

| | | | Exhibit A |
|---|---|---|---|
| | Form 1 | | Page: 1 |
| | **Individual Estate Property Record and Report** | | |
| | **Asset Cases** | | |

Case No.: 16-12927  
Case Name: KISSEL'S SPICED JAM, INC.  
For Period Ending: 12/15/2016

Trustee Name: (330720) Richard M. Fogel  
Date Filed (f) or Converted (c): 04/15/2016 (f)  
§ 341(a) Meeting Date: 05/17/2016  
Claims Bar Date: 08/19/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Account for Kissel Spiced Jam, Inc. Account at BMO Harris Bank, xxxxxx5270<br>Business Account for Kissel Spiced Jam, Inc. Account at BMO Harris Bank, xxxxxx5270: Account was overdrawn | 0.00 | Unknown | | 0.00 | FA |
| 2* | Security deposit to Korman Lederer pursuant to lease agreement dated December 20, 2011 for 1120B Larkin Drive, Wheeling, Illinois 60090<br>Security deposit to Korman Lederer pursuant to lease agreement dated December 20, 2011 for 1120B Larkin Drive, Wheeling, Illinois 60090 (See Footnote) | 9,619.16 | 9,619.16 | | 0.00 | FA |
| 3 | Raw Materials: Frozen fruit and spices (approximately)<br>Raw Materials: Frozen fruit and spices (approximately), | 3,500.00 | Unknown | | 1,000.00 | FA |
| 4 | Finished goods: 300 cases of jars ($18.00 per case) (approximately) Unknown, Valuation Method: Liquidation<br>Finished goods: 300 cases of jars ($18.00 per case) (approximately) | 5,400.00 | Unknown | | 1,000.00 | FA |
| 5 | Other inventory or supplies: Jars, lids, labels, cases; sugar, spices, pectin (approximately)ue: Unknown, Valuation Method: Liquidation<br>Other inventory or supplies: Jars, lids, labels, cases; sugar, spices, pectin (approximately) | 11,500.00 | Unknown | | 3,000.00 | FA |
| 6 | Five computers and a server (approximately)<br>Five computers and a server (approximately)- No value | 100.00 | Unknown | | 0.00 | FA |
| 7 | 6 Oil Paintings (jam related)<br>6 Oil Paintings (jam related)- No value | Unknown | Unknown | | 0.00 | FA |
| 8 | Desk, chairs, conference tables (approximately)<br>Desks, chairs, conference tables (approximately)- No value | 500.00 | Unknown | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 16-12927 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | Date Filed (f) or Converted (c): | 04/15/2016 (f) |
| | | § 341(a) Meeting Date: | 05/17/2016 |
| For Period Ending: | 12/15/2016 | Claims Bar Date: | 08/19/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Machinery & equipment<br>Freezer (Walk-in freezer, 10 feet wide by 30 feet deep); Cappers, Labelers, Conveyor Belts, Turntables, fillers two (2) steam-jacketed kettles; one (1) boiler (approximately) | 50,000.00 | Unknown | | 50,000.00 | FA |
| 10* | Internet domain names and websites (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 11* | Customer List (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 12 | Refunds (u) | 0.00 | Unknown | | 773.92 | FA |
| 12 | **Assets    Totals    (Excluding unknown values)** | **$80,619.16** | **$9,619.16** | | **$55,773.92** | **$0.00** |

RE PROP# 2      Security deposited was set off against post petition use and occupancy obligation per order of court dated 9-15-16.

RE PROP# 10     To be abandoned at final meeting- unable to monetize

RE PROP# 11     To be abandoned at final meeting- unable to monetize

**Major Activities Affecting Case Closing:**

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2017 | **Current Projected Date Of Final Report (TFR):** | 02/28/2017 |
|---|---|---|---|

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-12927 | | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1991 | | Account #: | ******2600 Checking |
| For Period Ending: | 12/15/2016 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/13/2016 | | Loeb Winternitz Industrial Auctioneers | Proceeds of sale per o/c 6-2-16 | 1129-000 | 55,000.00 | | 55,000.00 |
| | {9} | | Proceeds of sale per o/c 6-2-16 $50,000.00 | 1129-000 | | | 55,000.00 |
| | {5} | | Proceeds of sale per o/c 6-2-16 $3,000.00 | 1129-000 | | | 55,000.00 |
| | {4} | | Proceeds of sale per o/c 6-2-16 $1,000.00 | 1129-000 | | | 55,000.00 |
| | {3} | | Proceeds of sale per o/c 6-2-16 $1,000.00 | 1129-000 | | | 55,000.00 |
| 06/20/2016 | 101 | ComEd | Post-petition utility service Acct. ******9051 | 2420-000 | | 1,069.76 | 53,930.24 |
| 06/28/2016 | 102 | ComEd | Post-petition utility service Acct. ******9051 | 2420-000 | | 260.03 | 53,670.21 |
| 06/30/2016 | {12} | HARTFORD FIRE INSURANCE COMPANY | Refund- Unearned insurance premiium | 1229-000 | 60.97 | | 53,731.18 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)                                           ! - transaction has not been cleared

Exhibit B
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-12927 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1991 | Account #: | ******2600 Checking |
| For Period Ending: | 12/15/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.92 | 53,689.26 |
| 07/06/2016 | 103 | NICOR GAS | Post-petition utility service acct. **-**-**-9859 7 | 2420-000 | | 363.43 | 53,325.83 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.19 | 53,251.64 |
| 08/09/2016 | 104 | Metropolitan Fire Protection, Inc. | Disconnection/removal of freezer unit | 2500-000 | | 650.00 | 52,601.64 |
| 08/30/2016 | {12} | ComEd | Refund of security deposit | 1229-000 | 494.47 | | 53,096.11 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.55 | 53,012.56 |
| 09/14/2016 | {12} | COM ED | Refund of trustee overpayment for postpetition service | 1229-002 | 218.48 | | 53,231.04 |
| 09/16/2016 | 105 | Lee & Associates Asset Management, LLC | Use and occupancy claim, per o/c 9-15-16 | 2410-000 | | 2,439.74 | 50,791.30 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.18 | 50,715.12 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.70 | 50,641.42 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.82 | 50,561.60 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                              ! - transaction has not been cleared

Form 2

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 16-12927 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1991 | Account #: | ******2600 Checking |
| For Period Ending: | 12/15/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 55,773.92 | 5,212.32 | $50,561.60 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 55,773.92 | 5,212.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $55,773.92 | $5,212.32 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| | |
|---|---|
| **Case No.:** 16-12927 | **Trustee Name:** Richard M. Fogel (330720) |
| **Case Name:** KISSEL'S SPICED JAM, INC. | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***1991 | **Account #:** ******2600 Checking |
| **For Period Ending:** 12/15/2016 | **Blanket Bond (per case limit):** $5,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2600 Checking | $55,773.92 | $5,212.32 | $50,561.60 |
| | **$55,773.92** | **$5,212.32** | **$50,561.60** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

# Exhibit C

**Case: 16-12927**  **KISSEL'S SPICED JAM, INC.**

Claims Bar Date: 08/19/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ACCT | Popowcer Katten Ltd. 35 E. Wacker Drive Suite 1550 Chicago, IL 60601-2124 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 12/05/16 | | $5,032.00 $5,032.00 | $0.00 | $5,032.00 |
| ATTY | Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 09/01/16 | | $3,642.00 $3,642.00 | $0.00 | $3,642.00 |
| ATTY-EXP | Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200 | Administrative 09/01/16 | | $8.05 $8.05 | $0.00 | $8.05 |
| FEE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2100-000 Trustee Compensation> , 200 | Administrative 09/27/16 | | $6,027.77 $6,027.77 | $0.00 | $6,027.77 |
| TE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2200-000 Trustee Expenses> , 200 | Administrative 12/08/16 | | $19.40 $19.40 | $0.00 | $19.40 |
| 8 | Lee & Associates Asset Management, LLC Attn: Melissa Powell 9450 W. Bryn Mawr, Suite 550 Rosemont, IL 60018 <2410-000 Administrative Rent (post-petition storage fees, leases)> , 200 Per order of court dated 9/15/16 | Administrative 09/16/16 | | $2,439.74 $2,439.74 | $2,439.74 | $0.00 |

Page: 2

# Exhibit C

## Exhibit C

**Case: 16-12927**                                             **KISSEL'S SPICED JAM, INC.**

Claims Bar Date: 08/19/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service District Director<br>P.O. Box 745<br>Chicago, IL 60690<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br><br>Amended by 3-2 on 9/16/16 | Priority<br>06/22/16 | | $897.62<br>$0.00 | $0.00 | $0.00 |
| 3-3 | Internal Revenue Service District Director<br>P.O. Box 745<br>Chicago, IL 60690<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br><br>Amended to $0.00 on 12/15/16 | Priority<br>06/22/16 | | $200.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Thompson Coburn LLP Attn: Mark V. Bossi, Esq.<br>One US Bank Plaza<br>St. Louis, MO 63101<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/05/16 | | $1,700.00<br>$1,700.00 | $0.00 | $1,700.00 |
| 2 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/26/16 | | $483.96<br>$483.96 | $0.00 | $483.96 |
| 4 | Imperial Packaging Corporationc/o David E. Cohen Fisher Cohen Waldman Shapiro, LLP<br>1247 Waukegan Road<br>Suite 100<br>Glenview, IL 60025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/01/16 | | $16,181.11<br>$16,181.11 | $0.00 | $16,181.11 |
| 5 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/22/16 | | $532.82<br>$532.82 | $0.00 | $532.82 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Exhibit C

**Case: 16-12927**  **KISSEL'S SPICED JAM, INC.**

Claims Bar Date: 08/19/16

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 6 | Batory Foods<br>1700 E Higgins Rd Suite 300<br>Des Plaines, IL 60018<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>07/25/16 | | $3,150.00<br>$3,150.00 | $0.00 | $3,150.00 |
| 7 | Lee & Associates Asset Management LLC as agent for owner<br>9450 W Bryn Mawr Ave Suite 550<br>Rosemont, IL 60018<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>08/11/16 | | $27,838.24<br>$27,838.24 | $0.00 | $27,838.24 |
| | | | **Case Total:** | | **$2,439.74** | **$64,615.35** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-12927
Case Name: KISSEL'S SPICED JAM, INC.
Trustee Name: Richard M. Fogel

**Balance on hand:**  $                50,561.60

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:   $       50,561.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 6,027.77 | 0.00 | 6,027.77 |
| Trustee, Expenses - Richard M. Fogel | 19.40 | 0.00 | 19.40 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 3,642.00 | 0.00 | 3,642.00 |
| Administrative Rent (post-petition storage fees, leases) - Lee & Associates Asset Management, LLC | 2,439.74 | 2,439.74 | 0.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 8.05 | 0.00 | 8.05 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten Ltd. | 5,032.00 | 0.00 | 5,032.00 |

Total to be paid for chapter 7 administrative expenses:   $       14,729.22
Remaining balance:   $       35,832.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $       35,832.38

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service District Director | 0.00 | 0.00 | 0.00 |
| 3-3 | Internal Revenue Service District Director | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 35,832.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,886.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 71.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Thompson Coburn LLP Attn: Mark V. Bossi, Esq. | 1,700.00 | 0.00 | 1,221.08 |
| 2 | Commonwealth Edison Company | 483.96 | 0.00 | 347.62 |
| 4 | Imperial Packaging Corporationc/o David E. Cohen Fisher Cohen Waldman Shapiro, LLP | 16,181.11 | 0.00 | 11,622.62 |
| 5 | Nicor Gas | 532.82 | 0.00 | 382.72 |
| 6 | Batory Foods | 3,150.00 | 0.00 | 2,262.59 |
| 7 | Lee & Associates Asset Management LLC as agent for owner | 27,838.24 | 0.00 | 19,995.75 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 35,832.38 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

**UST Form 101-7-TFR(5/1/2011)**

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| --- | --- | --- | --- |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| --- | --- | --- | --- |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**