## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-11360 |
| | ) | |
| Kissel's Spiced Jam, Inc., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on December 28, 2016, I caused a true and correct copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{11728-001 CER A0459383.DOC}

## SERVICE LIST

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Ariel Weissberg
ariel@weissberglaw.com

Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690

Thompson Coburn LLP
Attn: Mark V. Bossi
One US Bank Plaza
St. Louis, MO 63101

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181

Imperial Packaging Corporation
c/o David E. Cohen
Fisher Cohen Waldman Shapiro, LLP
1247 Waukegan Road
Suite 100
Glenview, IL 60025

Nicor Gas
PO Box 549
Aurora, IL 60507

Batory Foods
1700 E Higgins Rd Suite 300
Des Plaines, IL 60018

Lee & Associates Asset Management LLC
9450 W Bryn Mawr Av.. Suite 550
Rosemont, IL 60018