**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: KISSEL'S SPICED JAM, INC.　　　§　　Case No. 16-12927
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $10,219.16 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $35,832.38 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $19,941.54 | | |

　　　3) Total gross receipts of $55,773.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $55,773.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $19,941.54 | $19,941.54 | $19,941.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $279.06 | $1,097.62 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $68,218.89 | $49,886.13 | $49,886.13 | $35,832.38 |
| **TOTAL DISBURSEMENTS** | $68,497.95 | $70,925.29 | $69,827.67 | $55,773.92 |

4) This case was originally filed under chapter 7 on 04/15/2016.  The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/06/2017                         By: /s/ Richard M. Fogel
                                               Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other inventory or supplies: Jars, lids, labels, cases; sugar, spices, pectin (approximately)ue: Unknown, Valuation Method: Liquidation | 1129-000 | $3,000.00 |
| Raw Materials: Frozen fruit and spices (approximately) | 1129-000 | $1,000.00 |
| Finished goods: 300 cases of jars ($18.00 per case) (approximately) Unknown, Valuation Method: Liquidation | 1129-000 | $1,000.00 |
| Refunds | 1229-000 | $773.92 |
| Machinery & equipment | 1129-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$55,773.92** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $6,027.77 | $6,027.77 | $6,027.77 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $19.40 | $19.40 | $19.40 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 3110-000 | NA | $3,642.00 | $3,642.00 | $3,642.00 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 3120-000 | NA | $8.05 | $8.05 | $8.05 |
| Administrative Rent (post-petition storage fees, leases) - Lee & Associates Asset Management, LLC | 2410-000 | NA | $2,439.74 | $2,439.74 | $2,439.74 |
| Costs to Secure/Maintain Property (insurance, locks, etc.) - ComEd | 2420-000 | NA | $1,329.79 | $1,329.79 | $1,329.79 |
| Costs to Secure/Maintain Property (insurance, locks, etc.) - NICOR GAS | 2420-000 | NA | $363.43 | $363.43 | $363.43 |
| Costs re Sale of Property (closing costs, etc. not realtor comm.) - Metropolitan Fire Protection, Inc. | 2500-000 | NA | $650.00 | $650.00 | $650.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $429.36 | $429.36 | $429.36 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten Ltd. | 3410-000 | NA | $5,032.00 | $5,032.00 | $5,032.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $19,941.54 | $19,941.54 | $19,941.54 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-3 | Internal Revenue Service District Director | 5800-000 | $279.06 | $200.00 | $0.00 | $0.00 |
| 3 | Internal Revenue Service District Director | 5800-000 | NA | $897.62 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$279.06** | **$1,097.62** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Thompson Coburn LLP Attn: Mark V. Bossi, Esq. | 7100-000 | $1,700.00 | $1,700.00 | $1,700.00 | $1,221.08 |
| 2 | Commonwealth Edison Company | 7100-000 | $294.81 | $483.96 | $483.96 | $347.62 |
| 3 | Internal Revenue Service District Director | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4 | Imperial Packaging Corporationc/o David E. Cohen Fisher Cohen Waldman Shapiro, LLP | 7100-000 | $16,181.11 | $16,181.11 | $16,181.11 | $11,622.62 |
| 5 | Nicor Gas | 7100-000 | $559.81 | $532.82 | $532.82 | $382.72 |
| 6 | Batory Foods | 7100-000 | $3,150.00 | $3,150.00 | $3,150.00 | $2,262.59 |
| 7 | Lee & Associates Asset Management LLC as agent for owner | 7100-000 | $30,385.74 | $27,838.24 | $27,838.24 | $19,995.75 |
| N/F | Carla Kissel | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hanson Faso, Inc. | 7100-000 | $1,189.50 | NA | NA | NA |
| N/F | Steven A. Greenberg | 7100-000 | $12,500.00 | NA | NA | NA |
| N/F | Waste Management | 7100-000 | $278.96 | NA | NA | NA |
| N/F | Waste Management Commercial Billing | 7100-000 | $278.96 | NA | NA | NA |
| N/F | Zarza Creative | 7100-000 | $1,700.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$68,218.89** | **$49,886.13** | **$49,886.13** | **$35,832.38** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

| Case No.: | 16-12927 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | Date Filed (f) or Converted (c): | 04/15/2016 (f) |
| | | § 341(a) Meeting Date: | 05/17/2016 |
| For Period Ending: | 04/06/2017 | Claims Bar Date: | 08/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Business Account for Kissel Spiced Jam, Inc. Account at BMO Harris Bank, xxxxxx5270<br>Business Account for Kissel Spiced Jam, Inc. Account at BMO Harris Bank, xxxxxx5270:  Account was overdrawn | 0.00 | Unknown | | 0.00 | FA |
| 2*  Security deposit to Korman Lederer pursuant to lease agreement dated December 20, 2011 for 1120B Larkin Drive, Wheeling, Illinois 60090<br>Security deposit to Korman Lederer pursuant to lease agreement dated December 20, 2011 for 1120B Larkin Drive, Wheeling, Illinois 60090 (See Footnote) | 9,619.16 | 9,619.16 | | 0.00 | FA |
| 3  Raw Materials: Frozen fruit and spices (approximately)<br>Raw Materials: Frozen fruit and spices (approximately), | 3,500.00 | Unknown | | 1,000.00 | FA |
| 4  Finished goods: 300 cases of jars ($18.00 per case) (approximately) Unknown, Valuation Method: Liquidation<br>Finished goods: 300 cases of jars ($18.00 per case) (approximately) | 5,400.00 | Unknown | | 1,000.00 | FA |
| 5  Other inventory or supplies: Jars, lids, labels, cases; sugar, spices, pectin (approximately)ue: Unknown, Valuation Method: Liquidation<br>Other inventory or supplies: Jars, lids, labels, cases; sugar, spices, pectin (approximately) | 11,500.00 | Unknown | | 3,000.00 | FA |
| 6  Five computers and a server (approximately)<br>Five computers and a server (approximately)- No value | 100.00 | Unknown | | 0.00 | FA |
| 7  6 Oil Paintings (jam related)<br>6 Oil Paintings (jam related)- No value | Unknown | Unknown | | 0.00 | FA |
| 8  Desk, chairs, conference tables (approximately)<br>Desks, chairs, conference tables (approximately)- No value | 500.00 | Unknown | | 0.00 | FA |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 16-12927 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | Date Filed (f) or Converted (c): | 04/15/2016 (f) |
| | | § 341(a) Meeting Date: | 05/17/2016 |
| For Period Ending: | 04/06/2017 | Claims Bar Date: | 08/19/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Machinery & equipment<br>Freezer (Walk-in freezer, 10 feet wide by 30 feet deep); Cappers, Labelers, Conveyor Belts, Turntables, fillers two (2) steam-jacketed kettles; one (1) boiler (approximately) | 50,000.00 | Unknown | | 50,000.00 | FA |
| 10* | Internet domain names and websites (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 11* | Customer List (See Footnote) | Unknown | Unknown | | 0.00 | FA |
| 12 | Refunds (u) | 0.00 | Unknown | | 773.92 | FA |
| 12 | **Assets      Totals      (Excluding unknown values)** | **$80,619.16** | **$9,619.16** | | **$55,773.92** | **$0.00** |

RE PROP# 2     Security deposited was set off against post petition use and occupancy obligation per order of court dated 9-15-16.

RE PROP# 10    To be abandoned at final meeting- unable to monetize

RE PROP# 11    To be abandoned at final meeting- unable to monetize

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     12/31/2017     **Current Projected Date Of Final Report (TFR):**     12/29/2016 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-12927 | | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1991 | | Account #: | ******2600 Checking |
| For Period Ending: | 04/06/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/13/2016 | | Loeb Winternitz Industrial Auctioneers | Proceeds of sale per o/c 6-2-16 | 1129-000 | 55,000.00 | | 55,000.00 |
| | {9} | | Proceeds of sale per o/c 6-2-16 $50,000.00 | 1129-000 | | | 55,000.00 |
| | {5} | | Proceeds of sale per o/c 6-2-16 $3,000.00 | 1129-000 | | | 55,000.00 |
| | {4} | | Proceeds of sale per o/c 6-2-16 $1,000.00 | 1129-000 | | | 55,000.00 |
| | {3} | | Proceeds of sale per o/c 6-2-16 $1,000.00 | 1129-000 | | | 55,000.00 |
| 06/20/2016 | 101 | ComEd | Post-petition utility service Acct. ******9051 | 2420-000 | | 1,069.76 | 53,930.24 |
| 06/28/2016 | 102 | ComEd | Post-petition utility service Acct. ******9051 | 2420-000 | | 260.03 | 53,670.21 |
| 06/30/2016 | {12} | HARTFORD FIRE INSURANCE COMPANY | Refund- Unearned insurance premiium | 1229-000 | 60.97 | | 53,731.18 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared


Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-12927 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1991 | Account #: | ******2600 Checking |
| For Period Ending: | 04/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.92 | 53,689.26 |
| 07/06/2016 | 103 | NICOR GAS | Post-petition utility service acct. **-**-**-9859 7 | 2420-000 | | 363.43 | 53,325.83 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 74.19 | 53,251.64 |
| 08/09/2016 | 104 | Metropolitan Fire Protection, Inc. | Disconnection/removal of freezer unit | 2500-000 | | 650.00 | 52,601.64 |
| 08/30/2016 | {12} | ComEd | Refund of security deposit | 1229-000 | 494.47 | | 53,096.11 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.55 | 53,012.56 |
| 09/14/2016 | {12} | COM ED | Refund of trustee overpayment for postpetition service | 1229-002 | 218.48 | | 53,231.04 |
| 09/16/2016 | 105 | Lee & Associates Asset Management, LLC | Use and occupancy claim, per o/c 9-15-16 | 2410-000 | | 2,439.74 | 50,791.30 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.18 | 50,715.12 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.70 | 50,641.42 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.82 | 50,561.60 |

{} Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-12927 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1991 | Account #: | ******2600 Checking |
| For Period Ending: | 04/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/26/2017 | 106 | Popowcer Katten Ltd. | Distribution payment - Dividend paid at 100.00% of $5,032.00; Claim # ACCT; Filed: $5,032.00 | 3410-000 | | 5,032.00 | 45,529.60 |
| 01/26/2017 | 107 | Shaw Fishman Glantz & Towbin LLC | Distribution payment - Dividend paid at 100.00% of $3,642.00; Claim # ATTY; Filed: $3,642.00 | 3110-000 | | 3,642.00 | 41,887.60 |
| 01/26/2017 | 108 | Shaw Fishman Glantz & Towbin LLC | Distribution payment - Dividend paid at 100.00% of $8.05; Claim # ATTY-EXP; Filed: $8.05 | 3120-000 | | 8.05 | 41,879.55 |
| 01/26/2017 | 109 | Richard M. Fogel | Combined trustee compensation & expense dividend payments. | | | 6,047.17 | 35,832.38 |
| | | | Claims Distribution - Thu, 12-15-2016          $6,027.77 | 2100-000 | | | 35,832.38 |
| | | | Claims Distribution - Thu, 12-15-2016          $19.40 | 2200-000 | | | 35,832.38 |
| 01/26/2017 | 110 | Thompson Coburn LLP Attn: Mark V. Bossi, Esq. | Distribution payment - Dividend paid at 71.83% of $1,700.00; Claim # 1; Filed: $1,700.00 | 7100-000 | | 1,221.08 | 34,611.30 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                                                ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-12927 | |
| **Case Name:** | KISSEL'S SPICED JAM, INC. | |
| **Taxpayer ID #:** | **-***1991 | |
| **For Period Ending:** | 04/06/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******2600 Checking | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/26/2017 | 111 | Commonwealth Edison Company | Distribution payment - Dividend paid at 71.83% of $483.96; Claim # 2; Filed: $483.96 | 7100-000 | | 347.62 | 34,263.68 |
| 01/26/2017 | 112 | Imperial Packaging Corporationc/o David E. Cohen Fisher Cohen Waldman Shapiro, LLP | Distribution payment - Dividend paid at 71.83% of $16,181.11; Claim # 4; Filed: $16,181.11 | 7100-000 | | 11,622.62 | 22,641.06 |
| 01/26/2017 | 113 | Nicor Gas | Distribution payment - Dividend paid at 71.83% of $532.82; Claim # 5; Filed: $532.82 | 7100-000 | | 382.72 | 22,258.34 |
| 01/26/2017 | 114 | Batory Foods | Distribution payment - Dividend paid at 71.83% of $3,150.00; Claim # 6; Filed: $3,150.00 | 7100-000 | | 2,262.59 | 19,995.75 |
| 01/26/2017 | 115 | Lee & Associates Asset Management LLC as agent for owner | Distribution payment - Dividend paid at 71.83% of $27,838.24; Claim # 7; Filed: $27,838.24 | 7100-000 | | 19,995.75 | 0.00 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 16-12927 | | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|---|
| Case Name: | KISSEL'S SPICED JAM, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1991 | | Account #: | ******2600 Checking |
| For Period Ending: | 04/06/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 55,773.92 | 55,773.92 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 55,773.92 | 55,773.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $55,773.92 | $55,773.92 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-12927 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | KISSEL'S SPICED JAM, INC. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***1991 | **Account #:** | ******2600 Checking | |
| **For Period Ending:** | 04/06/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2600 Checking | $55,773.92 | $55,773.92 | $0.00 |
| | **$55,773.92** | **$55,773.92** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**